# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HH-FRESNO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00163-LJO-BAM<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES; DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS; AND DIRECTING THAT STAY SHALL REMAIN IN PLACE |

　　　　This action was filed on February 6, 2017.  On March 28, 2017, this Court conducted a settlement conference.  During the settlement conference, the parties reached a settlement agreement.

　　　　Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. The parties shall file dispositional documents within forty-five (45) days from the date of service of this order;

3. The undersigned shall retain jurisdiction to enforce the settlement agreement reached by the parties should an issue arise before dismissal; and

4. The stay issued by Judge Barbara A. McAuliffe on March 7, 2017 (ECF No. 15) is to remain in effect for an additional 21 days from today's date.

IT IS SO ORDERED.

Dated:　**March 28, 2017**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1