PAUL J. CAMBRIA, JR. (State Bar No. 177957)
ERIN E. MCCAMPBELL (*pro hac vice*)
   pcambria@lglaw.com
   emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333

*Attorneys for Plaintiff*
*HH-Fresno, LLC*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO BRANCH

| | |
|---|---|
| HH-FRESNO, LLC,<br><br>               Plaintiff,<br><br>    vs.<br><br>CITY OF FRESNO, and DEVELOPMENT AND RESOURCE MANAGEMENT DEPARTMENT, an agency of the CITY OF FRESNO,<br><br>               Defendants. | CIVIL CASE NO. 17-CV-00163-LJO-BAM<br><br>**ORDER** |

      WHEREAS, Plaintiff filed a Complaint against Defendants in the United States District Court for the Eastern District of California, Case No. 17-CV-00163-LJO-BAM (the "Action"). Plaintiff's Action challenged the enforcement of certain zoning provisions against Plaintiff as unconstitutional.

      WHEREAS, Defendants denied all wrongdoing.

      WHEREAS, the Parties have agreed to settle the Action.

WHEREAS, it is the intent of the Parties to resolve fully the claims and disputes which are the subject of the Action.

WHEREAS, Plaintiff HH-Fresno, LLC, Defendants City of Fresno, and Development and Resource Management Department, an agency of the City of Fresno, stipulated that the instant action should be dismissed with prejudice as set forth in the Settlement Agreement executed on May 12, 2017;

It is hereby ORDERED that the instant action be dismissed with prejudice.

IT IS SO ORDERED.

Dated: **May 19, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE